IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NABIL GHOUBRIAL, | ) | CASE NO. 1:06CV2694 |
| | ) | |
| Plaintiff | ) | JUDGE BOYKO |
| | ) | MAG. JUDGE McHARGH |
| -vs- | ) | |
| | ) | |
| E.B. ADVANCED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATED DISMISSAL ENTRY

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby agree that this case is dismissed without prejudice. As a result of this dismissal entry, the trial date, as well as any other deadlines, is rendered moot. If Plaintiff re-files this case, Plaintiff will be responsible for Defendant's attorney's fees in preparing and filing an Answer, and any duplicative discovery undertaken by the Plaintiff. Before Defendant could attempt to recoup such fees, the Court shall hold an attorney conference to discuss the issue and determine: (1) if the task is, in fact, duplicative and, (2) the reasonableness of any such fees that could be assessed. The Court shall then issue an order determining whether any attorney fees should be awarded.

FILED
OCT 23 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_____
JUDGE CHRISTOPHER A. BOYKO

{C0021269.1}